# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CASEN CARVER

NO. 2025 KW 1213

**MARCH 19, 2026**

---

In Re:     Casen Carver, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-02251.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** The State's motion to recuse is timely, as it was filed the day after discovery of the fact constituting the ground upon which the motion is based and more than thirty days prior to the previously scheduled trial date. We agree that the prior rulings by the trial judge and the judge's exposure to allegedly prejudicial information regarding the victim's prior sexual history do not justify recusal, as adverse rulings performed within a judge's authority do not show bias or prejudice warranting recusal. See **State v. Clues-Alexander**, 2024-95 (La. App. 3d Cir. 4/16/25), 409 So.3d 532, 539, writ denied, 2025-00634 (La. 11/25/25), 421 So.3d 535. There has been no allegation or showing that the trial judge harbors any actual bias or that she is not a diligent district court judge. However, in the interest of justice and to safeguard public confidence in the judiciary, the standard enunciated by the Louisiana Supreme Court requires recusal in this matter. See e.g., **State v. Mire**, 2023-01010 (La. 12/5/23), 373 So.3d 709 (per curiam).

                          PMc
                          HG
                          TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT